**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE:  1/11/2016                                           TIME: 5:03-5:45 p.m. ( 42 minutes)

CASE NUMBER:  CV-14-5959

TITLE: Williams v. County of Nassau

PLTFFS ATTY:        **Alexander R. Klein**

DEFTS ATTY:         **Kadion D. Henry**

FTR RECORDER: 5:03-5:45                 COURTROOM DEPUTY:

OTHER:

  X    CASE CALLED.

  X    CONF (HELD / ADJ'D / CONT'D TO_____)

  X    ARGUMENT HEARD / CONT'D TO_____.

  X    DECISION: On the record. Motion to amend granted. Will allow limited reopening of discovery only to depose victim, which to take place by February 29, 2016. Amended complaint to be filed by January 18, 2016.

**OTHER:**